FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2013 MAR 25  PM 1:49

_____ Division

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

CIVIL RIGHTS COMPLAINT FORM

SANFORD HILL JR., pro se     CASE NUMBER: _____
(To be supplied by Clerk's Office)

3:13-CV-319-J-99 TJC-JBT

(Enter full name of each Plaintiff and prison number, if applicable)

v.

JOHN RUTHERFORD, Sheriff
John doe JENSEN, C.O. officer
John doe STAFFORD, C.O. officer

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: D. Ray James Detention facility
(Indicate the name and location)
P.O. Box 2005, Folkston GA 31537

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)                    1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

  1. Parties to previous lawsuit:

     Plaintiff(s): _Not Applicable_

     Defendant(s): _____

  2. Court (if federal court, name the district; if state court, name the county):

     _____

  3. Docket Number: _Not Applicable_

  4. Name of judge: _____

  5. Briefly describe the facts and basis of the lawsuit: _Not Applicable_

  6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _Not Applicable_

  7. Approximate filing date: _Not Applicable_

  8. Approximate disposition date: _Not Applicable_

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____ Not Applicable _____

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Sanford Hill Jr., #579997018 Pod-3
   Mailing address: D. Ray James Detention facility
   P.O. Box 2005, Folkston GA 31537.

B. Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: John Rutherford
   Mailing Address: 501 East Bay Street
   Jacksonville, Florida 32202
   Position: Sheriff
   Employed at: JSO

D. Defendant: John doe Jensen
   Mailing Address: 500 East Adams Street
   Jacksonville, Florida 32202

DC 225 (Rev 2/2012)                     3

Position: C.O. Correction officer

Employed at: JSO

E. Defendant: John doe Stafford

Mailing Address: 500 East Adams street Jacksonville, Florida 32202

Position: C.O. Correction officer

Employed at: JSO

F. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

V.  **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Under the Eighth Amendment of the United States Constitution And the Fourteenth Amendment. Protects me from harm By C.O. officer Jensen And C.O. Officer Stafford grabbing my left wrist twisting my Arm to an point that cause physical injuries to my Arm, Shoulder!

VI.  **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

On July 7, 2012, I was taken into custody by JSO, Approximately 7:30 pm.

While intake hand cuffs where taken off and I was told to go down the hallway into a dressing Room to change out of my street clothing into jail house uniform, there were three Correction's officers looking into the small room with the door being held opend, when I got done one of the C-O officer said,

go down this way to be finger printed, I turned to proceed, because I was injured from my arrest I was not able to walk fast.

C.O. Jensen, walked up behind me and grabbed my left wrist and begin to twist my left arm causing injury to my left arm, shoulder and hand, I asked him why was he twisting my arm, He said "I can do that." after finger printed. I was seen by the nurse my left arm, shoulder was in severe pain and discomfort.

I was assigned to fifth floor, I arrived C.O. Stafford told me I was going to cell "37", when I got to cell "37" they had me assign to a top bunk with no mattress, there were already two inmates in the cell with low bunks, I went back out of the cell, and pushed the inter come, C.O. Stafford said, "go back into your cell." I told him that I didn't have a mattress and that I have a lower bunk pass.

Stafford came down from the officer's station and said "I am going to tell you one time only if you don't go to your cell, If you don't go to your cell I'll drag you to your cell, I fuck you up. →

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I would like the Court to order Duval County

I told Mr. Stafford that I was injured and I was not suposed to be on a top bunk, I have a Lower bunk pass And I have no Mattress, I don't want any problem, I will go to my cell I stood up and started toward my cell, C-O. Stafford grabbed me by left arm and begin twisting my arm as I limped trying to reach Cell "37" once inside the cell, Stafford continued twisting my left arm forcing me face down on the floor, as I begged him to stop twisting my arm, he continue to twisting my left arm two other inmates in Cell "37" witness Stafford twisted my arm and talked to me as he twist my arm saying thing like I fuck you up, you batter ask some body about him, I Suffering permanent injuries to my left shoulder, arm and wrist, as a result of C-O. Jensen And C.O. Stafford cause my injuries to my shoulder, arm, and wrist!

   I have filed Administrative grievances but Duval County Jail refused to respond to my complaints through the grievance procedure.

The end of "6"

Jail to turn over the videotape. July 7, 2012 when I arrived at Detention facility subpoena the videotape.

Each Named Defendant compensated me in the expressed amount of $300,000.00, three hundred thousand dollars. And to pay all my Hospital Bills medical expense.

And in case a settlement is not agreed upon I would request that my case be tried by jury.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 21 day of March, 2013.

*Sanford Hill jr*

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 21 day of March, 2013.